

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN THE INTEREST OF G. A. R., A CHILD, | § | No. 08-21-00139-CV |
| | § | Appeal from the |
| Appellant. | § | 383rd District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2006AG5597) |
| | § | |

**O R D E R**

On November 1, 2021, this Court issued an order for mediation referral. The order required the parties to confer and attempt to agree upon a qualified mediator within twenty days of the date of the order and notify the Court of the mediator's name and contact information. As of this date, the parties have not informed the Court that they have conferred and attempted to agree on a qualified mediator as required. Therefore, the Court ORDERS the appeal to continue. The suspension of the appellate timetable is lifted and the Appellant's brief shall be filed in this Court on or before January 2, 2022.

IT IS SO ORDERED this 3rd day of December, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.